Paul Kapp #5-2267
George E. Powers, Jr., WSB #5-2062
Sundahl, Powers, Kapp & Martin, LLC
1725 Carey Avenue
P.O. Box 328
Cheyenne, Wyoming 82003
(307) 632-6421 telephone
*Attorney for Defendants HealthTech
and William D. Patten*

UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

| | |
|---|---|
| MICHELLE OLIVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 14-CV-168-S |
| | ) |
| HEALTHTECH MANAGEMENT | ) |
| SERVICES, INC., and WILLIAM D. | ) |
| PATTEN, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' SUPPLEMENTAL MATERIALS IN SUPPORT OF MOTION TO DISMISS WITHOUT PREJUDICE OR IN THE ALTERNATIVE TO PROCEEDINGS PENDING RESOLUTION OF MERDICAL REVIEW PANEL PROCEEDINGS AND JOINDER OF NECESSARY PARTIES**

**COMES NOW** the Defendants, HealthTech Management Services, Inc. ("HealthTech") and William D. Patten, by and through their attorneys, Sundahl, Powers, Kapp & Martin, LLC, and hereby submits the following supplemental materials in support of Defendants' Motion to Dismiss, Etc. (Document No. 9).

When Plaintiff filed her response in opposition to the pending motion (Document No. 10), she attached a copy of the Response of HealthTech Management Services, Inc, which had been filed with the Wyoming Medical Review Panel ("WMRP") in *The Matter of the Claim of Michelle Oliver*, MRP 14-30. Defendants are attaching and submitting several additional

1

documents from the WMRP file in order to bring the court up to date regarding the status of that matter as it relates to the issue of whether or not HealthTech is a proper party to the WMRP proceedings. These materials include:

Exhibit A: Notice of Service of Answer and Notice of Expert Report (October 22, 2014)

Exhibit B: Request for Order of Dismissal (November 21, 2014)

Exhibit C: Order Requesting Response to Motion to Dismiss and Extension of Time to File Expert Report (December 1, 2014)

Exhibit D: Respondent HealthTech Management Services, Inc.'s Response to Claimant's Request for Order of Dismissal (December 11, 2014).

Dated this 11th day of December 2014.

Paul Kapp #5-2267
George E. Powers, Jr. #5-2062
Sundahl, Powers, Kapp & Martin, LLC
1725 Carey Avenue (82001)
P.O. Box 328
Cheyenne, WY  82003-0328
(307) 632-6421
*Attorneys for Health Tech Management Services, Inc. and William D. Patten*

## CERTIFICATE OF SERVICE

I certify the foregoing pleading was served on this 11th day of December 2014, and that copies were served as follows:

Robert A. Krause,  [____] U.S. Mail
Mel C. Orchard, III,  [ X ] Electronically
Elizabeth A. Richards,  [____] Fax
The Spence Law Firm, LLC  [____] Hand Delivered
15 S. Jackson Street
PO Box 548
Jackson, WY 83001

William L. Simpson  [____] U.S. Mail
Larry B. Jones  [ X ] Electronically
Burg, Simpson, Eldredge, Hersh & Jardine, PC  [____] Fax
1135 14th Street  [____] Hand Delivered
P.O. Box 490
Cody, WY 82414

_____
George E. Powers, Jr.