# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

Michelle Oliver

                Plaintiff,

vs.      Case Number: 2:14-CV-168-SWS

Healthtech Management Services Inc, William D Patten, Dr Jeffrey Hansen, and Powell Valley Health Care, Inc

                Defendant.

## CIVIL MINUTE SHEET ORAL RULING

☑ This Minute Sheet also contains a Minute Order
☑ This was a Telephonic Hearing

Date: 03/11/2015     Time: 1:37-2:15

| Scott W. Skavdahl | Darci Smith | Anne Bowline | Kelley Anderson |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s):  Elizabeth Richards, Mel Orchard, Sarah Kellogg and Larry Jones

Attorney(s) for Defendant(s):  George Powers accompanied by Paul Kapp for Healthtech and William Patton; Christopher Voigt and Eric Peterson for Dr Jeffrey Hansen and Brian Marvel for Powell Valley Health Care, Inc

| Party | Pleading# | Motion To/For | Disposition |
|---|---|---|---|
| Defendant | 24 | Dismiss HealthTech and William Patton | Granted |
|  |  |  |  |
|  |  |  |  |

Other:

The Court issued the Oral Ruling: For reasons stated on the record and incorporated by reference, Defendants HealthTech Management and William Patton Motion to Dismiss is Granted.