# EXHIBIT 1

Christopher C. Voigt (Bar #6-3313)
Eric N. Peterson (Bar #7-5235)
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 North 31st Street
P. O. Box 2529
Billings, MT  59103-2529
Telephone:  (406) 252-3441
Facsimile:  (406) 259-4159
E-Mail:  cvoigt@crowleyfleck.com
E-Mail:  epeterson@crowleyfleck.com

Attorneys for Defendant Jeffrey Hansen, M.D.


## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| MICHELLE OLIVER, | ) | Cause No.  14 CV 168-S |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AFFIDAVIT OF JEFFREY** |
| | ) | **HANSEN, M.D., IN SUPPORT OF** |
| HEALTHTECH MANAGEMENT | ) | **MOTION TO DISMISS FOR LACK** |
| SERVICES, INC.; WILLIAM D. | ) | **OF SUBJECT MATTER** |
| PATTEN; JEFFREY HANSEN, M.D.; | ) | **JURISDICTION** |
| and POWELL VALLEY HEALTH CARE, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

STATE OF _____    )
                                              ss.
County of _____    )

JEFFREY HANSEN, being first duly sworn, deposes and says:

1.    My name is Jeffrey Hansen, M.D.

2.    I am a defendant in the above entitled action.

3.    On January 14, 2015, plaintiff was a purported resident of the State of Montana.

4.      On January 14, 2015, I was a resident of the City of Bozeman, State of Montana, having moved to that city from the State of Wyoming on or about November 11, 2014.

5.      I was previously an employee of Powell Valley Healthcare (PVHC).

6.      I separated from PVHC in December of 2013.

7.      After leaving PVHC, I made arrangements to move to Bozeman, Montana.

8.      I put my home in Powell, Wyoming, on the market for sale in the spring of 2014.

9.      On November 11, 2014, I sold my home in Powell, Wyoming.

10.      On November 11, 2014, I moved to Bozeman, Montana.

11.      I moved my personal property to Bozeman, Montana.

12.      I had my mail forwarded to Bozeman, Montana and currently receive mail at my residence in Bozeman, Montana.

13.      I have not applied for any jobs in Wyoming.

14.      I do not intend to return to Wyoming.

15.      I consider myself a citizen of Montana since November 11, 2014.

DATED this 3/30 day of March, 2015.

_____
JEFFREY HANSEN, M.D.

SUBSCRIBED AND SWORN to before me this 30th day of March, 2015.

_____
[Signature of Notary]

_____
[Typed, stamped or printed Name of Notary]
Notary Public for the State of _____
Residing at _____
          [City of Residence]
My Commission Expires: 12  19 , 20 18
          [Month  Day        Year]

JENNIFER J ROCKMAN
NOTARY PUBLIC for the
State of Montana
Residing at Belgrade, Montana
My Commission Expires
December 19, 2018

(NOTARIAL SEAL)

*AFFIDAVIT OF JEFFREY HANSEN, M.D., IN SUPPORT OF*
*MOTION TO DISMISS FOR LACK OF SUBJECT MATTER*
*JURISDICTION - Page 2*