# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

MICHELLE OLIVER,

                            Plaintiff,

vs.                                           Case Number: 14CV168-S

HEALTHTECH MANAGEMENT
SERVICES, INC., et al,

                            Defendant.

## CIVIL MINUTE SHEET ORAL RULING

☐ This Minute Sheet also contains a Minute Order
☑ This was a Telephonic Hearing

Date: 04/30/2015     Time: 11:35 - 11:41 am

| Scott W. Skavdahl | Tiffany Dyer | Anne Bowline | Kelley Anderson |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)   Mel C. Orchard, Sarah Kellogg & Larry B. Jones,

Attorney(s) for Defendant(s)  George Powers, Eric N. Peterson & Brian Marvel

| Party | Pleading# | Motion To/For | Disposition |
|---|---|---|---|
| Defendant | 45 | Dismiss | Granted |
|  |  |  |  |
|  |  |  |  |

Other:

Defendant's Motion was granted without prejudice for reasons articulated on the record and incorporated by reference herein.