IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 APR 30 PM 3 56

STEPHAN HARRIS, CLERK
CASPER

MICHELLE OLIVER,

Plaintiff,

vs.

JEFFREY HANSEN, M.D., and POWELL VALLEY HEALTH CARE, INC.,

Defendants.

Case No. 2:14-CV-0168-SWS

## ORDER GRANTING MOTION TO DISMISS

This matter came before the Court on Defendant Jeffrey Hansen, MD's *Motion to Dismiss for Lack of Subject Matter Jurisdiction* (ECF No. 45). Pursuant to the Court's findings as stated orally on the record during a telephone conference hearing held April 30, 2015, the motion is hereby GRANTED and this case is DISMISSED without prejudice in its entirety.

Dated this 30TH day of April, 2015.

_____
Scott W. Skavdahl
United States District Judge