# United States District Court
## For The District of Wyoming

MICHELLE OLIVER,

      Plaintiff,

          v.                      Case No. 14CV168-S

HEALTHTECH MANAGEMENT
SERVICES INC., et al,

      Defendants.

## <u>JUDGMENT IN A CIVIL CASE</u>

    This action came before the Court on Defendants' [45] Motion to Dismiss for Lack of Jurisdiction.  The Court having reviewed the Motion, and being otherwise fully advised in the premises, issued an Order GRANTING the Defendants' Motion.

    Judgment is hereby entered in favor Defendants' and this matter is dismissed without prejudice.

_____

Date 5/1/2015

                    _____

                    STEPHAN HARRIS
                    CLERK OF COURT

                    _____

                    (By) Deputy Clerk